UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW DENNIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GENE DOSER, et al.,<br><br>　　　　Defendants. | Case No.  1:22-cv-00818-JLT-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 17) |

Plaintiff Matthew Dennis is a state prisoner proceeding pro se and in forma pauperis in this civil rights complaint under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 26, 2023, the magistrate judge filed findings and recommendations, which were served on Plaintiff and contained notice that objections were to be filed within fourteen days. (Doc. 17.)  The magistrate judge recommended that Plaintiff proceed only in his Eighth Amendment excessive use of force claim against Defendants Doser, Dinnis, and Swanson, and all other claims and Defendants be dismissed.  (*Id.* at 1.)  Plaintiff filed a Response on July 20, 2023 stating that he "does not disagree with this Courts [sic] Order dated June 26, 2023" and agrees to proceed only on the excessive force claims against Defendants Doser, Dinnis and Swanson. (Doc. 18 at 1.)

///

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

ACCORDINGLY, it is ORDERED:

1. The findings and recommendations, filed on June 26, 2023, (Doc. 17) are ADOPTED IN FULL.

2. The case is remanded to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **August 2, 2023**

UNITED STATES DISTRICT JUDGE