UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW M. DENNIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GENE DOSER et al.,<br><br>　　　　Defendants. | 1:22-cv-00818-JLT-HBK<br><br>NEW CASE NUMBER:<br><br>**1:22-cv-00818-HBK**<br><br>**ORDER REASSIGNING CASE** |

　　　All parties having executed consent forms, it is ordered that this matter be reassigned from the District Judge Jennifer L. Thurston docket to the docket of United States Magistrate Judge Helena Barch-Kuchta, for all purposes including trial and entry of Judgment.

　　　To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents.

**1:22-cv-00818-HBK**

IT IS SO ORDERED.

Dated: __**October 30, 2024**__　　　　　　　　　　　_/s/ Jennifer L. Thurston_
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE