UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW M. DENNIS,<br><br>  Plaintiff,<br><br>  v.<br><br>GENE DOSIER, et al.,<br><br>  Defendants. | 1:22-cv-00818-HBK (PC)<br><br>ORDER TO PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS OR SHOW CAUSE[1]<br><br>JANUARY 30, 2025 DEADLINE |

On December 20, 2024, the Court held a telephonic status conference in this matter. (Doc. No. 48). The Court inquired into the status of the settlement and inordinate delay in filing dispositional documents. In particular, the Court pointed out that the parties engaged in a settlement conference with the United States Magistrate Judge Jeremy D. Peterson on December 21, 2023, and had reached a global settlement in the instant case as well as *Dennis v. Kernan, et al.*, E.D. Cal. Case No. 2:16-cv00542. (Doc. No. 26). On November 1, 2024, the Court issued an order directing the payment of Plaintiff's attorney fees. (Doc. No. 43). R. Lawrence Bragg, counsel for Defendants appeared. (*Id.*). Taylor Howard, counsel for Plaintiff, did not appear but subsequently contacted chambers after the conclusion of the telephonic status conference,

---

[1] Both parties have consented to the jurisdiction of a magistrate judge in accordance with 28 U.S.C. §636(c)(1). (Doc. No. 42).

1

1  apologized for his absence, and advised that he was executing the necessary settlement
2  documents and dispositional documents and would be forwarding them to defense counsel by the
3  end of the week. As of the date of this Order, no dispositional documents have been filed.
4      This case was settled over a year ago and this Court's Local Rules mandate dispositional
5  documents to be promptly filed within twenty-one (21) days of any settlement, absent good cause.
6  *See* Local Rule 160(b). Of significance, if the parties requested and the Court retained ancillary
7  jurisdiction for purposes of enforcing the settlement agreement, the filing of dispositional
8  documents does not deprive the court of jurisdiction to reopen this action to enforce the
9  agreement, if necessary. *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 380-
10 82(1994).
11     Accordingly, it is ORDERED:
12     **On or before January 30, 2025**, Plaintiff shall file dispositional documents or show good
13 cause why any further extension of time is necessary to file dispositional documents as required
14 by Local Rule 160(b).

16 Dated:    January 23, 2025
17                            HELENA M. BARCH-KUCHTA
                                UNITED STATES MAGISTRATE JUDGE

2